

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00561-CV

Enrique **LOPEZ**, Individually, and as Representative of the Estate of Tristan Lopez, Deceased,
Appellant

v.

**GUIDING LIGHT, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI21729
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Order Granting Defendant's Motion to Dismiss With Prejudice and Motion to Award Attorneys' Fees & Costs is AFFIRMED. Costs of appeal are assessed against appellant.

SIGNED December 1, 2021.

Lori I. Valenzuela, Justice